No. 512. SECURITIES & EXCHANGE COMMISSION *v.* RALSTON PURINA Co. C. A. 8th Cir. Certiorari granted. *Solicitor General Cummings* and *Roger S. Foster* for petitioner. *Thomas S. McPheeters* for respondent. ■

No. 521. CENTRAL BANK *v.* UNITED STATES. Court of Claims. Certiorari granted. *Llewellyn A. Luce* and *George H. Koster* for petitioner. *Solicitor General Cummings, Assistant Attorney General Holland, Ellis N. Slack* and *John R. Benney* for the United States. ■

No. 525. NEW YORK, NEW HAVEN & HARTFORD RAILROAD Co. *v.* NOTHNAGLE ET AL. Supreme Court of Errors of Connecticut. Certiorari granted. *H. L. Filer* for petitioner. *John A. Danaher* for Nothnagle, respondent. ■

No. 566. HARRISON, COLLECTOR OF INTERNAL REVENUE, *v.* BOHNEN, EXECUTOR, ET AL. C. A. 7th Cir. Certiorari granted. *Solicitor General Cummings* for petitioner. *George S. Stansell* for respondents. ■

No. 533. IRVINE *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari granted. *Morris Lavine* for petitioner. ■

No. 102, Misc. AVERY *v.* GEORGIA. Supreme Court of Georgia. Certiorari granted. *Frank M. Gleason* for petitioner. *Eugene Cook,* Attorney General of Georgia, *M. H. Blackshear, Jr.,* Deputy Assistant Attorney General, and *Lamar W. Sizemore,* Assistant Attorney General, for respondent. ■